UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GIL TZUN,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | No. C 23-03258 WHA<br><br>**REQUEST FOR INFORMATION FOR TODAY'S HEARING** |

    Both sides shall come to today's hearing prepared with documents sufficient to show whether Attorney Wilson has been (or has not been) acting as counsel of record for CDCR with respect to the subpoena of CDCR dated April 17, 2024, and with respect to productions of CDCR documents prior to the subpoena, and, if so, precisely when.

    **IT IS SO ORDERED.**

Dated: August 7, 2024

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE