**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T  +1 415 591 6000

September 10, 2024

The Honorable William Alsup
United States District Court
Courtroom 12, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Gil Tzun v. Allison et al.*
Case No. 3:23-cv-03258-WHA

Dear Judge Alsup:

The undersigned counsel for Plaintiff Armando Gil Tzun hereby withdraw Plaintiff's September 4, 2024, discovery letter seeking sanctions, for the reason that the parties have reached a settlement in principle.

Respectfully submitted,

*/s/ Donald W. Brown*
Donald W. Brown

Attorney for Plaintiff